■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID MALDONADO, Appellant. [932 NYS2d 903]—

As the People concede, the DNA databank fee should not have been imposed. The authorizing legislation became effective after the crime was committed. Concur—Tom, J.P., Saxe, Sweeny, Richter and Manzanet-Daniels, JJ.